IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

              vs                                         **CR NO. 2:22-cr-00873-RMG-1**

**Carl William Murdaugh**

## PLEA

The defendant, **Carl William Murdaugh,** having withdrawn his plea of Not Guilty entered October 27, 2022, pleads guilty to **Count(s)** _____1_____ of the **Indictment**, after arraignment in open court.

 

_____
(Signed) Defendant

Charleston, South Carolina
January 3, 2023